

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| CRAIG CUNNINGHAM, Plaintiff, v. Bekstar, LLC and John/Jane Does 1-5 Defendant | § § § § § § § § § | Civil Case No. 4:18-cv-00658 |
|---|---|---|

**Plaintiff's Motion to Dismiss With Prejudice**

1. The Plaintiff has resolved is case with the Defendants and here moves the court to dismiss the case with prejudice.

Craig Cunningham
Plaintiff,

Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075 11/14/2018

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| CRAIG CUNNINGHAM,<br>Plaintiff,<br><br>v.<br><br>Bekstar, LLC and John/Jane Does 1-5<br><br>Defendant | §<br>§<br>§<br>§<br>§ Civil Case No. 4:18-cv-00658<br>§<br>§<br>§<br>§ |

**Plaintiff's Certificate of Service**

I hereby certify that a true copy of the foregoing has been served upon the defendants in this case.

*Craig Cunningham*
Plaintiff,

Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075 11/14/2018