# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM § | |
| § | Civil Action No. 4:18-CV-658 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| BEKSTAR, LLC, ET AL § | |

## ORDER OF DISMISSAL

Came on for consideration Plaintiff's "Motion to Dismiss with Prejudice" (Dkt. #8) filed in this cause by Plaintiff Craig Cunningham. The Court, having considered the Motion, determines that the Motion should be **GRANTED**.

It is therefore, **ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss with Prejudice is **GRANTED**. It is further,

**ORDERED, ADJUDGED, AND DECREED** that the entirety of Plaintiff's claims against Defendants are hereby dismissed with prejudice. Costs and attorneys' fees are taxed against the party incurring the same.

All relief not granted herein is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**SIGNED** this 20th day of November, 2018.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE